# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 17, 2015

Robert P. Young, Jr.,
Chief Justice

149872(60)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SEAN HARRIS,
      Defendant-Appellant.

_____/

SC: 149872
COA: 317158
Wayne CC: 13-001620-AR

      On order of the Chief Justice, the motion of the Police Officers Association of Michigan for leave to participate as amicus curiae and to file an amicus brief is GRANTED. The amicus brief will be accepted for filing if submitted within 21 days of the filing of plaintiff-appellee's brief. On further order of the Chief Justice, the motion of the Police Officers Association of Michigan to participate in oral argument is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 17, 2015

_____